UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------:
ANGEL GERMAN CALLE, on behalf of :
himself and all others similarly situated, : Index No. 12 CIV 8387
:
                    Plaintiff, :
    -against- :
: PROPOSED ORDER
1621 RESTAURANT INC. d/b/a ELIO'S :
RESTAURANT, ELIO GUAITOLINI, and :
ANNE ISAAK FOX, :
:
                    Defendant. :
--------------------------------------------------------:

AND NOW, THIS 2nd DAY OF May, 2013, the Court having reviewed the Complaint in this case executed by Plaintiff Angel German Calle ("Plaintiff") against Defendants 1621 Restaurant Inc. d/b/a Elio's Restaurant, Elio Guaitolini, and Anne Isaak Fox ("Defendants") (collectively, the "Parties"), and considered applicable case law, and for good cause shown, it is **ORDERED, ADJUDGED** and **DECREED** that:

    1. The Confidential Settlement Agreement and General Release: (a) is fair to all Parties; (b) reasonably resolves a bona fide disagreement between the Parties with regard to the merits of the Plaintiff's claims; and (c) demonstrates a good faith intention by the Parties that the Plaintiff's claims for liability and damages be fully and finally resolved, and not relitigated in whole or in part at any point in the future. The Agreement is therefore **APPROVED** by the Court. The Agreement is intended by the Parties to be confidential, and the Parties request that the Agreement be review *in camera*.

    2. This lawsuit and the claims of Plaintiff are **DISMISSED WITH PREJUDICE** in their entirety.

5-2-13

3. The Court shall retain jurisdiction over the enforcement of the Parties' settlement agreement.

4. Each party shall bear his/her/its own costs, including attorney's fees.

                                             UNITED STATES DISTRICT JUDGE

Agreed:

BERKE-WEISS & PECHMAN LLP

By: _____
Louis Pechman, Esq.
N. Marely Mercado, Esq.
488 Madison Ave.
New York, NY 10022
(212) 583-9500
*Counsel for Plaintiff*


McLAUGHLIN & STERN, LLP

By: _____
Lee S. Shalov, Esq.
260 Madison Ave.
New York, NY
(212) 448-1100

*Counsel for Defendants*